# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**WALTER MONROE,**

    Plaintiff,

                      **CASE NO.    1:11-CV-325**

**-vs-**

                      **Judge Timothy S. Black**
                      **Magistrate Judge Karen L. Litkovitz**

**SCOTT A. RUBENSTEIN,** *et al.***,**

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation (Doc. 6) of the United States Magistrate Judge is **ADOPTED**; and that the case is **CLOSED**.

Date:  March 13, 2012                                **JAMES BONINI, CLERK**

                                                              By: <u>s/ M. Rogers</u>
                                                               Deputy Clerk