# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION


**WALTER MONROE,**

    Plaintiff,

                        **CASE NO.    1:11-CV-325**

**-vs-**

                        **Judge Timothy S. Black**
                        **Magistrate Judge Karen L. Litkovitz**


**SCOTT A. RUBENSTEIN,** *et al.*,

    Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____


    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation (Doc. 6) of the United States Magistrate Judge is **ADOPTED**; and that the case is **CLOSED**.

Date:  March 13, 2012          **JAMES BONINI, CLERK**

                                     By: s/ M. Rogers_____
                                     Deputy Clerk